Bryan E. Lessley, OSB No. 92081
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, OR 97401
*Bryan_Lessley@fd.org*
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)

Attorney for Defendant

FILED'09 JUL 28 12:12 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>EMILIANO LOPEZ-RAMIREZ,<br><br>                    Defendant. | CR 08-60111-HO<br><br>*EX PARTE* ORDER ALLOWING SUBPOENA RETURN DATE |

The ex parte motion for subpoena return date having come before the court, and the court having considered the same,

It is hereby ordered, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, that subpoenas issued by the clerk to defendant's counsel pursuant to previous order shall direct that books, papers, documents or objects designated in the subpoenas be

*Ex Parte* **Motion for Subpoena Return Date**

produced before the Court at a time prior to the trial, in particular, by 1:30 p.m. on Monday, August 10, 2009.

DATED this 28th day of July, 2009.

Michael R. Hogan
~~Thomas M. Coffin~~
United States ~~Magistrate Judge~~ District

Submitted by:

/s/ Bryan E. Lessley
Bryan E. Lessley
Attorney for Defendant

*Ex Parte* **Motion for Subpoena Return Date**